RECEIVED
FEB 21 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GREGORY LAMONT MEANS | CIVIL ACTION NO. 1:18-CV-140 |
| VERSUS | JUDGE DEE D. DRELL |
| MICHAEL STEPHEN, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Defendant's unrefuted Motion for Summary Judgment (Doc. 23) is **GRANTED** and Mean's lawsuit is **DISMISSED WITH PREJUDICE**.

**SIGNED** this 20th day of February 2019, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT